**Order filed August 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00424-CV

_____

### BORIS TWAIN CLEWIS, Appellant

### V.

### HARRIS COUNTY, ET AL, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-42761**

## ORDER

According to information provided to this court, appellant is attempting to appeal an order that is not final. The clerk's record has not been filed in this appeal. The District Clerk has informed this court that appellant did not pay for preparation of the clerk's record. In response to notices from this court, appellant informed this court that he filed an affidavit of indigence. We have not been advised whether a contest to the affidavit was filed, and if so, the ruling on the contest.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **September 10, 2015.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment or order being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM